**Order entered July 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00805-CV

### IN RE GEICO INDEMNITY COMPANY, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. cc-14-02324-A**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Before the Court is relator's Emergency Motion for Temporary Relief, filed July 2, 2015, in which the relator requests that the Court stay the trial court's order requiring relator to "produce a privilege log with reference to the Interrogatories and Requests for Production previously served . . . on or before 5:00 p.m., on July 1, 2015" and stay all further trial court proceedings until the Court determines the merits of the petition for writ of mandamus. We **DENY** the motion. The petition for writ of mandamus remains pending before the Court.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE